UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :        MAGISTRATE NO.: ___**20- 16231**___

                                  :
        V.                        :        CRIMINAL ACTION
                                  :
                                  :        ORDER OF RELEASE
                                  :
  Kelly Johnson _____  :


        The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:


        (X) Reporting, as directed, to U.S. Pretrial Services;

        (X) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

        ( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

        (X) The defendant shall appear at all future court proceedings;

        ( ) Other: _____


  s/ Kelly Johnson _____          ___12/2/2020_____
  DEFENDANT                                     DATE


        It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

                                    _____
                                    ANTHONY R. MAUTONE
                                    U.S. MAGISTRATE JUDGE


                                    ___12/2/20_____
                                    DATE